```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Samuel J. Bourne, Individually
and as Trustee of Bedrock Realty Trust
and Cheryl L. Bourne, Individually
and as Trustee of Bedrock Realty Trust

   v.                                Civil No. 05-365-JD

Town of Madison, New Hampshire,
Madison Board of Selectmen,
John R. Arruda, Jr., Clifford A. Graves,
Eileen T. Crafts, and Robert D. King


                                O R D E R

     The plaintiff has filed a motion to compel the production of documents which he claims the defendants have failed to produce in response to requests no. 14, 19 and 20. The plaintiff agrees that the defendants have responded to request no. 20 so that request is no longer at issue.

     The defendants have failed to demonstrate that the documents relating to request no. 14 are privileged nor have they provided any other sufficient reason for not producing said documents. With respect to request no. 19 the defendants have failed to provide sufficient reason for not producing said documents.

Therefore, the defendants are ordered to produce the documents relating to requests no. 14 and 19 by January 19, 2007.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

January 8, 2007

cc: Catherine M. Costanzo, Esquire
    Brian J.S. Cullen, Esquire
    Rachel A. Hampe, Esquire
    Richard D. Sager, Esquire
    Gerald F. Williamson, Esquire