```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Samuel J. Bourne, Individually
and as Trustee of Bedrock Realty Trust
and Cheryl L. Bourne, Individually
and as Trustee of Bedrock Realty Trust

   v.                                    Civil No. 05-365-JD

Town of Madison, New Hampshire,
Madison Board of Selectmen,
John R. Arruda, Jr., Clifford A. Graves,
Eileen T. Crafts, and Robert D. King


                        PROCEDURAL ORDER

    Due to the number of criminal trials currently scheduled for the two weeks beginning January 23, 2007, it does not appear that this case will be reached.  Therefore, the final pretrial conference and trial will be continued and will be rescheduled.

    SO ORDERED.

                                                                 Joseph A. DiClerico, Jr.
                                                                 United States District Judge

January 8, 2007

cc:  Catherine M. Costanzo, Esquire
     Brian J.S. Cullen, Esquire
     Rachel A. Hampe, Esquire
     Richard D. Sager, Esquire
     Gerald F. Williamson, Esquire