UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Samuel J. Bourne

    v.                                    Civil No. 05-cv-365-JD

Town of Madison, et al.


PROCEDURAL ORDER


    In the procedural order issued on May 3, 2007, the court
recognized that the outcome of the consolidated state action in
the Carroll County Superior Court, Bedrock Realty Trust v. Town
of Madison, Nos. 03-E-0061, 0114, 0144, and 05-E-0014, could
affect issues in this case.  The court notified the parties that
if a party believed that an order of this court was inconsistent
with a subsequent decision of the superior court in the
consolidated state action, that party could file a motion to
reconsider within thirty days of the superior court's order
entering judgment.  On June 29, 2007, the court issued an order
on motions that were then pending in this case.

    The plaintiff, Samuel J. Bourne, moved for reconsideration
of the June 29 order as to his claims of substantive due process
and equal protection violations and the court's ruling that the
release signed by the parties was valid and enforceable.  A month
later, Bourne filed notice of the state court's decision in the
consolidated action, which issued on August 10, 2007.  On

September 10, Bourne filed a supplemental memorandum in support
of his motion for reconsideration, based on the state court's
decision.

The deadline established in the May 3 order for the parties
to file a motion for reconsideration based on a decision in the
consolidated action in state court is thirty days after an order
entering judgment in that case.  Neither party has filed notice
that judgment has been entered, and it is not clear whether the
August 10 decision in the state court action is a final judgment.
Therefore, the court will not address the pending motion for
reconsideration until the parties file a joint notice that
judgment has been entered in the consolidated state court action
and the thirty-day period allowed for filing a motion for
reconsideration here has passed.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

September 14, 2007

cc:  Catherine M. Costanzo, Esquire
     Brian J.S. Cullen, Esquire
     Rachel A. Hampe, Esquire
     Richard D. Sager, Esquire
     Gerald F. Williamson, Esquire