UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Samuel J. Bourne

    v.                            Civil No. 05-cv-365-JD

Town of Madison, et al.


PROCEDURAL ORDER

Samuel J. Bourne has filed a motion seeking partial reconsideration of the court's order issued on June 29, 2007. The court previously granted the parties leave to move for reconsideration to the extent that an order issued in this court was inconsistent with the disposition of the related and pending state court action. Such motions were to be filed within thirty days after a final disposition of the related state court action.

In his memorandum in support of his motion, Bourne states that he is incorporating by reference previously filed memoranda. The court will not consider previously filed memoranda in deciding the current motion. Instead, all arguments in support of reconsideration must be presented in the current motion and supporting memorandum.


Conclusion

To the extent Bourne intended to repeat prior arguments, he is required to state them in his current motion and memorandum.

Bourne is granted an opportunity to refile his motion for reconsideration and supporting memorandum and exhibits, to state his arguments in their entirety, **on or before September 23, 2009.** The time for the defendants to respond to Bourne's motion will be calculated from **September 23, 2009.**

    SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

September 8, 2009

cc: Brian J.S. Cullen, Esquire
     Rachel A. Hampe, Esquire
     Richard D. Sager, Esquire
     Gerald F. Williamson, Esquire