UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Samuel J. Bourne</u>

    v.                                  Civil No. 05-cv-365-JD

<u>Town of Madison, et al.</u>


O R D E R

    Samuel J. Bourne moves for reconsideration of the court's order denying his motion for sanctions.  Bourne contends that in denying his motion the court overlooked evidence that supported it.  The defendants object, contending that the motion is untimely and unfounded.

    Motions for reconsideration of interlocutory court orders must be filed within fourteen days of the date of the order.  The order denying Bourne's motion for sanctions was issued on February 23, 2010.  Bourne filed his motion for reconsideration on March 22, 2010.  Bourne has not shown good cause for his failure to file within the time allowed.[1]  Therefore, the motion for reconsideration is untimely.

---

[1] Although Bourne characterizes certain documents as "concealed documents recently discovered," he does not show that any delay affected the timeliness of his motion for reconsideration.

In addition, Bourne attempts to bolster his original motion with somewhat more focused arguments and accusations pertaining to perceived discovery abuses and a suggested conflict of interest.  His arguments are both too late and unavailing.

## Conclusion

For the foregoing reasons, the plaintiff's motion for reconsideration (document no. 199) is denied.

SO ORDERED.

                                                _/s/ Joseph A. DiClerico, Jr._
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

April 29, 2010

cc: Samuel J. Bourne, pro se
    Brian J.S. Cullen, Esquire
    Richard D. Sager, Esquire